AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Jaroslaw Niczyporuk<br>*Appellant*<br>v.<br>Mike Todd, UST-United States Trustee,<br>U.S. Bank Trust National Association, as Trustee of<br>LBIgloo Series IV Trust<br>*Appellees* | Civil Action No. 2:24-CR-00356-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Appellant's Motion to Notify Court of Appellee's Failure to File Response Brief and Request to Proceed on Appellant's Brief Alone, ECF No. 10, is DENIED. Appellant's Motion for Entry of Default Against Appellee Mike Todd. ECF No. 14, is DENIED. The Federal Criminal Complaint, ECF No. 13, is STRICKEN. Appellant's Appeal is DISMISSED. Judgment in favor of Appellees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stan Bastian

Date: 6/3/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham