FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

In re:

JAROSLAW NICZYPORUK

No. 2:24-CV-00356-SAB

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT**

Before the Court is Appellant's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) and for Relief under Rule 60(b), ECF No. 20. The motion was heard without oral argument. Appellant Jaroslaw Niczyporuk is representing himself in this matter. U.S Bank Trust National Association is represented by Eric Marshack and Daniel Ross.

Mr. Niczyporuk challenges the Court's Order dismissing his appeal of the Bankruptcy Court's September 30, 2024 Order because the notice of appeal was not filed within 14 days. Additionally, the Court found that Mr. Niczyporuk's appeal was without merit and appeared to be brought with the intent to hinder, delay and defraud creditors. The current motion suffers from the same fate.

Mr. Niczyporuk has failed to establish any factual or legal basis for reversing the Bankruptcy Court's orders or this Court's Order. *See Kona*

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT ~ 1**

*Enterprises, Inc. v. Estate of Bishop.* 229 F.3d 877, 890 (9th Cir. 2000).

Accordingly, **IT IS HEREBY ORDERED**:

1. Appellant's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) and for Relief under Rule 60(b), ECF No. 20, is **DENIED**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to Plaintiff and counsel, and **close** the file.

**DATED** this 22nd day of August 2025.



Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT ~ 2**